UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

11 CV 8886

Darin Poole

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

NYC, NYPD, NY State, P.O. Taylor, P.O. Tancredi

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes ☑ No
(check one)

_RECEIVED DEC 2 - 2011 PRO SE OFFICE_

## I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name Darin Poole
ID # 08R3022
Current Institution None
Address 32 Lewis St Naugatuck Conn

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010                                        3

Defendant No. 1    Name __NYC_____ Shield #_____
                   Where Currently Employed _____
                   Address _____

Defendant No. 2    Name __NYPD_____ Shield #_____
                   Where Currently Employed _____
                   Address _____

Defendant No. 3    Name __N.Y. State_____ Shield #_____
                   Where Currently Employed _____
                   Address _____

Defendant No. 4    Name __P.O. Taylor_____ Shield #_____
                   Where Currently Employed _____
                   Address _____

Defendant No. 5    Name __P.O. Tancredi_____ Shield #_____
                   Where Currently Employed _____
                   Address _____

## II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? __MDC_____

B.   Where in the institution did the events giving rise to your claim(s) occur? __During Processing__

C.   What date and approximate time did the events giving rise to your claim(s) occur? __Oct 7__

Rev. 05/2010                                    4

D. Facts:

**What happened to you?**
**Who did what?**
**Was anyone else involved?**
**Who else saw what happened?**

ON Oct 7, a was brutally beaten by Members of the NYPD, I Fell ASleep behind the wheel of my girlfreinds van she tried to wake me up A Patrol car was 1 car lenght behind us the officers thought me and my girlFriend were fighting and we werent she was outside of the van trying to wake me up but the officers thougt it was something else going on they RAN my Name next thing i knew officers came running from every Direction at lease 15 or more officers jumped me one officer had his knee in my neck and another had his Knee in my back while i was being kicked Punched And Stomped by all of these officers while my girlfriend stood by crying trying to tell these cops that i didnt do anything

III. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I Received A scar on left forhead left knee was stomped out I couldnt walk at all when they picked me up off the ground I had No feeling in my forearms from blocking all the blows I also pissed on decated on Myself, My Right eye was damaged

IV. **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

Rev. 05/2010              5

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓    No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). MDC

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ___    No ___    Do Not Know ✓

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___    No ___    Do Not Know ✓

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓    No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ✓    No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? MDC C73

  1. Which claim(s) in this complaint did you grieve? Medical Attention

  2. What was the result, if any? Didn't see a doctor for almost 2 weeks

  3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

F. If you did not file a grievance:

  1. If there are any reasons why you did not file a grievance, state them here: _____

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. When I was brought to MDC I couldn't walk I received NO medical Attent at all I had human Mess all on my legs I wasnt allowed to clean up for almost 4 Days

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I Am Requesting monetary compensation from all Defendants in this Matter, NYC NYPD, and N.Y. State in the amount of 75. Billion dollars for the unlawful beating and the police Brutallity that i endured on Oct 7, 2010, and the police coverup and Fabricated Reports And lies from Police officer Taylor and tancredi from the NYPD 7th pct who were the arresting officer I Request that they are placed in Federal Custody for my protection until the outcome of the case And that there guns And sheilds be taken Away And if found guilty of any wrong doing they to both be placed in Federal prison.

Rev. 05/2010                                                   7

**VI.   Previous lawsuits:**

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓    No ____

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff  DARIN Poole

Defendants  DOC

2. Court (if federal court, name the district; if state court, name the county)  SDNY

3. Docket or Index number  08 CV 7552

4. Name of Judge assigned to your case  Naomi Reice Buchwald

5. Approximate date of filing lawsuit  Jan 5

6. Is the case still pending? Yes ____ No ✓

If NO, give the approximate date of disposition  _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)  Not Sure

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____    No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff  _____

Defendants  _____

2. Court (if federal court, name the district; if state court, name the county)  _____

3. Docket or Index number  _____

4. Name of Judge assigned to your case  _____

5. Approximate date of filing lawsuit  _____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition  _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 28 day of NOV, 2011.

Signature of Plaintiff   Dan Poole

Inmate Number   08 R 3022

Institution Address   None

32 Lewis St

Naugatuck Conn 06770

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 28 day of NOV, 2011, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:  Dan Poole

Rev. 05/2010                    9