```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DARIN POOLE,                        :
                                    :
                  Plaintiff,        :
                                    :      11 Civ. 8886
            v.                      :      (BSJ)(FM)
                                    :
CITY OF NEW YORK, P.O. TAYLOR, and  :      Order
P.O. TANCREDI,                      :
                                    :
                  Defendants.       :
------------------------------------x
```

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/03/2012

On November 5, 2012, Magistrate Judge Maas issued a Report and Recommendation ("Report"), recommending that this Court dismiss the complaint without prejudice for want of prosecution. Pro se Plaintiff failed to object to Judge Maas's Report within 14 days, as ordered.

The Court has reviewed the Report and is satisfied that there is no clear error on the face of the record, and confirms and adopts the Report in its entirety. See King v. Greiner, No. 02 Civ. 5810(DLC), 2009 WL 2001439, at *4 (S.D.N.Y. July 8, 2009) (citation omitted); see also Wilds v. United Parcel Serv., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003). Plaintiff's failure to file written objections precludes appellate review of this decision. See Caidor v. Onondaga Cty., 517 F.3d 601, 604 (2d Cir. 2008).

Accordingly, the Court adopts the Report in full, dismissing the petition with prejudice. The Clerk of the Court is directed to close the case.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore <u>in forma pauperis</u> status is denied for the purpose of an appeal. <u>See</u> <u>Coppedge v. United States</u>, 369 U.S. 438, 444-45 (1962).

**SO ORDERED:**

_____
**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York
         December 3, 2012